IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 18-2259 |
| RFR CAPITAL, LLC, et al., | : | |
| Defendants. | : | |

FILED
JUN 20 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this _____ day of June, 2018, upon consideration of Plaintiff's Motion for Permission to Use ECF/EFILING (Doc. 3), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**. The Clerk of Court shall grant Plaintiff access to the Court's Electronic Case Filing System upon Plaintiff's completion of all required paperwork and registration.

BY THE COURT:

Hon. Petrese B. Tucker, U.S.D.J.